UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TIMOTHY PEEL**             **PETITIONER**

**VS.**             **3:17-cv-00262-JLH-JTR**

**MARTY BOYD, Craighead County**
**Sheriff Department**             **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Petitioner Timothy Peel's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 224 is DENIED, without prejudice. Document #1.

DATED this 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE