# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TIMOTHY PEEL**                                                                       **PETITIONER**

**VS.**                           **3:17-cv-00262-JLH-JTR**

**MARTY BOYD, Craighead County**
**Sheriff Department**                                                                  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered separately today, Timothy Peel's petition for writ of habeas corpus is denied without prejudice.

DATED this 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE